**FILED**
Jun 05 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION

MDL No. 3047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −32)**

On October 6, 2022, the Panel transferred 20 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 637 F.Supp.3d 1377 (J.P.M.L. 2022). Since that time, 145 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Yvonne Gonzalez Rogers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Rogers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 6, 2022, and, with the consent of that court, assigned to the Honorable Yvonne Gonzalez Rogers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 05, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
Clerk, U.S. District Court
Northern District of California

by: Jessie Mosley
Deputy Clerk
Date: 06/06/2024

**IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY PRODUCTS
LIABILITY LITIGATION** MDL No. 3047

### SCHEDULE CTO−32 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 5 | 24−00265 | Franklin County Board of Education v. Meta Platforms, Inc. et al |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 24−00343 | DURHAM PUBLIC SCHOOLS BOARD OF EDUCATION v. META PLATFORMS, INC. et al |
| **SOUTH CAROLINA** | | | |
| SC | 3 | 24−03069 | Barnett v. SNAP Inc. |